Original

# United States District Court
## District Of Rhode Island
## At Providence

**Crim. No. 1:01-CR** CA 05 222 ML
**Civil No.**

**UNITED STATES OF AMERICA,**

***Plaintiff-Respondent,***

**vs.**

**PEDRO ANGLON,**

***Defendant-Movant.***

**THE HONORABLE MARY M. LISI**
**UNITED STATES DISTRICT JUDGE**

## MOTION TO VACATE SENTENCE PURSUANT TO 28 U.S.C. § 2255

**PEDRO ANGLON**
**05149-070**
**P.O. Box 1000**
**Petersburg, VA 23804**

# TABLE OF CONTENTS

**Page:**

Table of Contents ........ ii

Civil Cover Sheet/Form JS 44 ........ iii

Table of Authorities ........ iv

Section 2255 Model Court Form ........ 2

Certificate of Filing ........ 8

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

**United States of America**

**DEFENDANTS**

**Pedro Anglon**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ______
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ______
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury — Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- [X] 510 Motions to Vacate Sentence
- HABEAS CORPUS:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- [X] 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**Mr. Anglon is challenging his conviction & sentence as violative of the 1st, 4th, 5th, 6th, and 8th Amendments.**

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** CHECK YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S)** (See instructions): IF ANY **US v Anglon** JUDGE **Lisi** DOCKET NUMBER **1:01-CR-129**

DATE SIGNATURE OF ATTORNEY OF RECORD

**Pedro Anglon**

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

# TABLE OF AUTHORITIES

## Cases

*Houston v. Lack,*

*487 U.S. 266, 276 (1988)* ........................................................................................................ *8*

**APPENDIX OF FORMS**
**MODEL FORM FOR MOTIONS UNDER**
**28 U.S.C. § 2255**

**Name**: Pedro Anglon

**Prisoner Number**: 05149-070.

**Place of Confinement**: P.O. Box 1000, Petersburg, VA 23804.

**United States District Court** District Of Rhode Island, At Providence.

**Crim. No. 1:01-CR-129**
**Civil No.**

**United States v. Pedro Anglon**

**MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

## MOTION

1. **Name and location of court which entered the judgment of conviction under attack**: United States District Court, District Of Rhode Island, At Providence.

2. **Date of judgment of conviction**: 9-5-02.

3. **Length of sentence:** xxx months incarceration.

4. **Nature of offense involved (all counts)**: 21 U.S.C. § 846 (conspiracy to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine, also known as MDMA (ecstasy)) (Count 1); 21 U.S.C. § 841(a)(1) (distribution of 14.0 grams of a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine, also known as MDMA (ecstasy) on 8-7-01) (Count 2); 21 U.S.C. § 841(a)(1) (distribution of 135.9 grams of a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine, also known as MDMA (ecstasy) on 8-15-01); 21 U.S.C. § 841(a)(1) (distribution of 38.7 grams of a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine, also known as MDMA (ecstasy) on 9-18-01) (Count 4).

5. **What was your plea? (Check one)**
   **(a) Not guilty**........................[]

**(b) Guilty**..............................[x]
**(c) Nolo contendere**.............[]

**If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:** N/A.

6. **Kind of trial: (Check one) N/A.**
**(a) Jury**................................[]
**(b) Judge only**......................[]

7. **Did you testify at the trial? N/A.**
**Yes** [] **No** []

8. **Did you appeal from the judgment of conviction?**
**Yes** [x] **No** []

9. **If you did appeal, answer the following**:
**(a) Name of court**: USCA 1.
**(b) Result**: Sentence affirmed.
**(c) Date of result**: 2-25-04

10. **Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?**
**Yes** [x] **No** []

11. **If your answer to 10 was "yes," give the following information**:
**(a)** **(1) Name of court**: USDC Rhode Island (this Court)
**(2) Nature of proceeding**: motion pursuant to 28 U.S.C. § 2255.
**(3) Grounds raised**:
**(4) Did you receive an evidentiary hearing on your petition, application or motion? Yes** [] **No** [x]
**(5) Result**: Motion dismissed without prejudice to re-filing after conclusion of direct appeal.
**(6) Date of result**: 4-9-03.

**(b) As to any second petition, application or motion give the same information:** N/A.
**(1) Name of court**:
**(2) Nature of proceeding**:
**(3) Grounds raised**:
**(4) Did you receive an evidentiary hearing on your petition, application or motion? Yes** [] **No** []
**(5) Result**:
**(6) Date of result**:

**(c) As to any third petition, application or motion, give the same information:** N/A.

**(1) Name of court**:
**(2) Nature of proceeding**:
**(3) Grounds raised**:
**(4) Did you receive an evidentiary hearing on your petition, application or motion? Yes [] No []**
**(5) Result**:
**(6) Date of result**:

**(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?**
**(1) First petition, etc........... Yes [] No** [x]
**(2) Second petition, etc........ Yes [] No []**
**(3) Third petition, etc......... Yes [] No []**

**(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not**: The District Court's ruling was correct.

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same. Caution: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date. For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully. Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds. (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea. (b) Conviction obtained by use of coerced confession. (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure. (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest. (e) Conviction obtained by a violation of the privilege against self-incrimination. (f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant. (g) Conviction obtained by a violation of the protection against double jeopardy. (h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled. (i) Denial of effective assistance of counsel. (j) Denial of right of appeal.

**A. Ground one:** Ineffective assistance of counsel in the plea process.

**Supporting FACTS (tell your story briefly without citing cases or law):** Counsel unprofessionally failed to advise Mr. Anglon as to all facts and law relevant to his decision to plead guilty. Had Mr. Anglon been fully advised, there is a reasonable

probability that would have pleaded to a Fed.R.Crim.P. (c)(1)(C) agreement which substantially reduced his sentence exposure. But for counsel's unprofessional error, there is a reasonable probability that the outcome of the proceeding would have been different.

**B. Ground two:** Ineffective assistance of counsel in the pretrial process.

**Supporting FACTS (tell your story briefly without citing cases or law):** Counsel unprofessionally failed to timely, properly, and effectively move for suppression of evidence material to the conviction and/or sentence of Mr. Anglon and counsel could have but did not timely move for dismissal of the indictment. But for counsel's unprofessional error, there is a reasonable probability that the outcome of the proceeding would have been different.

**C. Ground three:** Ineffective assistance of counsel in the sentencing process.

**Supporting FACTS (tell your story briefly without citing cases or law):** Counsel unprofessionally failed to investigate or present available evidence material to the sentencing of Mr. Anglon. Counsel also unprofessionally failed to object to, unlawful, false and unreliable evidence used to determine Mr. Anglon's guideline sentencing range and ultimate sentence. But for counsel's unprofessional error, there is a reasonable probability that the outcome of the proceeding would have been different.

**D. Ground four:** Ineffective assistance of counsel in the sentencing process.

**Supporting FACTS (tell your story briefly without citing cases or law):** Mr. Anglon was prejudiced by the objectively unreasonable performance of counsel during the sentencing process, when counsel unprofessionally failed to move for appropriate downward departure in Mr. Anglon's case. But for counsel's unprofessional error, there is a reasonable probability that the outcome of the proceeding would have been different.

**E. Ground five:** Ineffective assistance of counsel in the sentencing and direct appeal process.

**Supporting FACTS (tell your story briefly without citing cases or law):** Mr. Anglon was prejudiced by the objectively unreasonable performance of counsel during the sentencing and direct appeal process, when counsel failed to timely argue that Mr. Anglon was denied Due Process of Law and his Sixth Amendment constitutional rights to notice and jury trial by the increase in his sentence by facts not charged in indictment, not submitted to a jury, and not proven beyond a reasonable doubt or admitted by Mr. Anglon. But for counsel's unprofessional error, there is a reasonable probability that the outcome of the proceeding would have been different.

**F. Ground six:** Ineffective assistance of counsel in the direct appeal process.

**Supporting FACTS (tell your story briefly without citing cases or law):** Counsel unprofessionally failed to investigate or present the strongest issues available to Mr.

Anglon for his direct appeal and failed to preserve viable issues for collateral review. But for counsel's unprofessional error, there is a reasonable probability that the outcome of the proceeding would have been different.

**G. Ground seven.** Mr. Anglon was denied his Sixth Amendment constitutional right to counsel unburdened by an actual conflict of interest.

**Supporting FACTS (tell your story briefly without citing cases or law):** Mr. Anglon's counsel labored under an actual conflict of interest which adversely affected his / their performance during the pretrial, plea, sentencing, and direct appeal process in this case. Counsel owed a 'duty' other than to Mr. Anglon. This duty was in conflict with the duty owed to Mr. Anglon. Counsel chose between the duties. This choice adversely affected the performance of counsel during the pretrial, plea, sentencing, and direct appeal process.

**H. Ground eight:** Ineffective assistance of counsel.

**Supporting FACTS (tell your story briefly without citing cases or law):** Mr. Anglon Was Prejudiced By The Cumulative Impact Of Multiple Deficiencies Or Errors By Counsel During The Pretrial, Plea, Sentencing, And Direct Appeal Process. But for counsel's unprofessional error, there is a reasonable probability that the outcome of the proceeding would have been different.

**I. Ground nine:** Mr. Anglon was denied his Fifth Amendment constitutional right to Due Process of Law and his Sixth Amendment constitutional rights to notice and jury trial.

**Supporting FACTS (tell your story briefly without citing cases or law):** Mr. Anglon's statutory maximum sentence was increased based upon by facts not charged in indictment, not submitted to a jury, and not proven beyond a reasonable doubt or admitted by Mr. Anglon.

**J. Ground ten:** Mr. Anglon was denied his Fifth Amendment constitutional right to Due Process of Law.

**Supporting FACTS (tell your story briefly without citing cases or law):** The Court lacked knowledge of the available range of sentencing discretion under applicable law due to the change in the law effected by *Apprendi v. New Jersey*, 530 U.S. ___, 147 L. Ed. 2d 435, 120 S. Ct. 2348; 2000 U.S. LEXIS 4304 (6-26-00) and *Blakely v. Washington*, 2004 U.S. LEXIS 4573 (6-24-04) and *United States v. Booker*, 543 U. S. ___, 2005 U.S. LEXIS 628 (1-12-05).

**K. Ground eleven:** Mr. Anglon's Conviction And Sentence Are Violative Of The First, Fourth, Fifth, Sixth, And Eighth Amendments To The Constitution.

**Supporting FACTS (tell your story briefly without citing cases or law):** Mr. Anglon's Conviction And Sentence Are Violative Of His Right To Freedom Of Speech And To

Petition, His Right To Be Free Of Unreasonable Search And Seizure, His Right To Due Process Of Law, His Rights To Counsel, To Jury Trial, To Confrontation Of Witnesses, To Present A Defense, And To Compulsory Process, And His Right To Be Free Of Cruel And Unusual Punishment Under The Constitution.

13. **If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:** The courts have determined that claims of ineffective assistance of counsel should not be raised on direct appeal and are better raised in a motion pursuant to 28 U.S.C. § 2255. The record was insufficient to raise the other claims set forth herein.

14. **Do you have any petition or appeal now pending in any court as to the judgment under attack? Yes [] No [x]**

15. **Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:**

**(a) At preliminary hearing:** Joseph J. Voccola, Esq. and Thomas F. Connors, 454 Broadway, Providence, RI 02909.

**(b) At arraignment and plea:** Joseph J. Voccola, Esq. and Thomas F. Connors, 454 Broadway, Providence, RI 02909.

**(c) At trial:** N/A.

**(d) At sentencing:** Joseph J. Voccola, Esq. and Thomas F. Connors, 454 Broadway, Providence, RI 02909.

**(e) On appeal:** Joseph J. Voccola, Esq. and Thomas F. Connors, 454 Broadway, Providence, RI 02909.

**(f) In any post-conviction proceeding:** N/A.

**(g) On appeal from any adverse ruling in a post-conviction proceeding:** N/A.

16. **Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time? Yes [x] No []**

17. **Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack? Yes [x] No [x]**

**(a) If so, give name and location of court which imposed sentence to be served in the future:** USINS deportation proceedings.

**(b) And give date and length of sentence to be served in the future:** unknown.

**(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? Yes [] No []**

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the facts set forth in¶¶1-11, 13-17 are true and correct. The remaining allegations are pleaded on information and belief.

Executed on:________________

Pedro Anglon

(Signature of Movant)

**Pedro Anglon**
**05149-070**
**P.O. Box 1000**
**Petersburg, VA 23804**

# United States District Court
## District Of Rhode Island
## At Providence

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Crim. No. 1:01-CR-129** |
| | ) | **Civil No.** |
| **Plaintiff-Respondent,** | ) | **HON. MARY M. LISI** |
| | ) | |
| **vs.** | ) | |
| | ) | **CERTIFICATE OF FILING** |
| **PEDRO ANGLON,** | ) | |
| | ) | |
| **Defendant-Movant.** | ) | |

* * * * * * * * * *

Pursuant to the principles of *Houston v. Lack,* 487 U.S. 266, 276 (1988),, the attached motion pursuant to 28 U.S.C. § 2255 was filed with the Court on this date by depositing three copies of same into the prison mail collection box, in sealed envelopes, first class postage affixed and addressed to the Clerk of this Court at Federal Building & Courthouse, Providence, RI 02903.

I have read the foregoing and state that the facts are set forth upon personal knowledge and are true and correct.

Signed under penalty of perjury under 28 U.S.C. § 1746, this 19th day of May 2005.

Pedro Anglon

**Pedro Anglon**
05149-070
P.O. Box 1000
Petersburg, VA 23804