[redacted] 05 222 ML

# United States District Court
## District Of Rhode Island
## At Providence

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Crim. No. 1:01-CR-129** |
| | ) | **Civil No.** |
| **Plaintiff-Respondent,** | ) | **HON. MARY M. LISI** |
| | ) | |
| **vs.** | ) | |
| | ) | **MOTION FOR LEAVE TO FILE** |
| **PEDRO ANGLON,** | ) | **AMENDED MOTION PURSUANT** |
| | ) | **TO 28 U.S.C. § 2255** |
| **Defendant-Movant.** | ) | |

* * * * * * * * * *

**COMES NOW Pedro Anglon** and respectfully moves this **HONORABLE COURT** for leave to file an amended motion[1] pursuant to 28 U.S.C. § 2255 upon completion of his legal and factual investigation relative to the motion. The grounds for this motion hereinafter more fully appear.

1.) Mr. Anglon has, with this motion, filed a "Placeholder" motion with the Clerk of this Court. The motion is "properly filed" within the one year statute of limitations of the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), Pub.L.No. 104-132, 110 Stat. 1214 (4-24-96). See J. Liebman and R. Hertz, *Federal Habeas Corpus Practice and Procedure*, § 5.1b, pp. 235-237 [n. 64], pp. 243-244 and [n. 91] (3rd Ed. 1998) (collecting authorities) and *Lovasz v. Vaughn*, 134 F.3d 146 (3rd Cir. 1998).

[1] Mr. Anglon would like to emphasize that he is not asking to raise any *new* claims in the amended Section 2255 motion. He is moving the Court only for permission to file an amended motion which "*clarifies*" the legal and factual basis for the claims already pleaded and set forth in the "placeholder motion". See *United States v. Thomas*, 221 F.3d 430; 2000 U.S. App. LEXIS 18338 (3rd Cir. 2000) (amendment appropriate to "clarify" or to "add meat to the bare bones" of a motion pursuant to 28 U.S.C. § 2255); *Dean v. United States*, 278 F.3d 1218; 2002 U.S. App. LEXIS 374 (11th Cir. 2002) (same -- comparing claims to determine whether amended Section 2255 motion was a clarifying motion or raised new claims).



2

2.) Mr. Anglon is incarcerated pursuant to sentence of this Court. Due to problems researching the files and records of the case, he has been unable to review and include all facts relevant to the claims set forth in the Placeholder Section 2255 motion.

3.) Mr. Anglon anticipates that he will have the opportunity to conclude review of the files and records within the next 30 days. Upon completion of the review, Mr. Anglon will promptly prepare and file an amended motion pursuant to 28 U.S.C. § 2255 which will include relevant facts material to the claims for relief.

4.) Mr. Anglon respectfully submits that grant of leave to amend is appropriate under the facts of this case and authorities such as J. Liebman and R. Hertz, *Federal Habeas Corpus Practice and Procedure*, § 3.4a, pp. 156-157, and [n. 16) (3rd Ed. 1998) (and authorities therein).

5.) Mr. Anglon further respectfully submits that it is within the Court's discretion, and would be responsive to concerns for limited judicial resources, to hold proceedings in abeyance, with respect to the Placeholder motion, pending grant of leave to amend and amendment of the motion. See J. Liebman and R. Hertz, *Federal Habeas Corpus Practice and Procedure*, § 3.4a, pp. 155-156 [n. 16] (3rd Ed. 1998)

**RELIEF REQUESTED**

6.) Based on the foregoing facts and law, Pedro Anglon respectfully requests this Honorable Court to:

6A.) **ORDER** proceedings with respect to the Placeholder motion be held in abeyance pending the Court's ruling on Mr. Anglon's motion to amend and amendment of his Section 2255 motion.

6B.) **ORDER** that Mr. Anglon be granted leave to amend his Placeholder Section 2255 motion within a reasonable time.

## CERTIFICATE OF FILING AND SERVICE

7.) Pursuant to the principles of *Houston v. Lack,* 487 U.S. 266, 276 (1988), as construed in case law such as *Garvey v. Vaughn,* 993 F.2d 776, 781-783 (11th Cir. 1993) (collecting cases) and, *Burns v. Morton,* 134 F.3d 109 (3d Cir. 1998), the attached **MOTION TO AMEND** was this day filed with the Court and served on counsel for the United States by depositing three copies of same into the prison mail collection box, in sealed envelopes, first class postage affixed and addressed to: **Clerk -- U.S. District Court, Federal Building & Courthouse, Providence, RI 02903** and **United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.**

## VERIFICATION

8.) Mr. Anglon has read the foregoing and state that the facts set forth are based on his personal knowledge and are true and correct.

Signed under penalty of perjury under
28 U.S.C. § 1746, this 19th day
of May, 2005.

Pedro Anglon

**Pedro Anglon**
05149-070
P.O. Box 1000
Petersburg, VA 23804