UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PEDRO ANGLON

vs. CA 05-222ML

UNITED STATES OF AMERICA

ORDER

The Government is hereby ordered to file its response to the plaintiff's "Petition Under 28 U.S.C. §2255 for Writ of Habeas Corpus by a person in Federal Custody." Said response will be filed on or before **June 24, 2005.**

SO ORDERED

Mary M. Lisi
United States District Judge
June 7 , 2005

Entered as an Order of this Court on June 8 , 2005.

Deputy Clerk