UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PEDRO ANGLON | : | |
| | : | |
| vs. | : | C.A. No. 05–222-ML |
| | : | |
| UNITED STATES | : | |

## ORDER

Pending before the Court is Pedro Anglon's Motion for Leave to File Amended Motion pursuant to 28 U.S.C. § 2255. In his motion, filed with his original petition on May 23, 2005, Anglon requested 30 days to complete his review of the pertinent files and records.

Therefore, it is hereby ORDERED that Anglon may have **until July 22, 2005** to file an amended petition in this matter. This Court takes no view in this Order as to whether any of the claims filed in the amended petition will relate back to the claims in his original petition or as to the merits of those claims. That determination must await the Court's review of the amended petition once it is filed.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
Date: 6/23/05

ENTER:

Barbara Barletta
Clerk