UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**PEDRO ANGLON,**
**Petitioner,**

**v.** **C.A. No. 05-222ML**

**UNITED STATES,**
**Respondent.**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for respondent UNITED STATES against petitioner PEDRO ANGLON pursuant to this Court's Order dated August 19, 2005, DENYING petitioner's Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255, and DISMISSING this case.**

Enter:

Deputy Clerk

DATED: **August 19, 2005**